Argued December 19, 1916, reversed January 23, rehearing denied February 13, 1917.

## BOCK *v.* SILVERTON.

(162 Pac. 498.)

From Marion: WILLIAM GALLOWAY, Judge.

This is a suit by Henry Bock against the City of Silverton, a municipal corporation, to quiet title, in which the plaintiff obtained a decree and defendant appeals.

REVERSED.    SUIT DISMISSED.

REHEARING DENIED.

For appellant there was a brief with oral arguments by *Mr. John H. McNary* and *Mr. George G. Bingham.*

For respondent there was a brief over the names of *Mr. Custer E. Ross, Mr. Omar C. Spencer* and *Messrs.*

83 Or.—8

*Carson & Brown,* with oral arguments by *Mr. Ross* and *Mr. Spencer.*

Department 2.   MR. JUSTICE BENSON delivered the opinion of the court.

The issues in this case are identical with those in *McClaine* v. *City of Silverton, ante,* p. 26, (162 Pac. 496).   The cases were tried together upon the same testimony, and the conclusions which we have reached are necessarily the same.

It follows that the decree must be reversed and one entered here dismissing the suit.

REVERSED.   SUIT DISMISSED.

REHEARING DENIED.

MR. CHIEF JUSTICE MOORE, MR. JUSTICE MCBRIDE and MR. JUSTICE BEAN concur.